IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KDH ARCHITECTURE, INC.,**

    *Plaintiff,*

v.                                   Case No.: 1:23cv27-MW/MJF

**WESTERN WORLD
INSURANCE COMPANY,**

    *Defendant.*

_____/

## ORDER TO SHOW CAUSE

Defendant filed a notice of removal from the First Judicial Circuit in and for Escambia County on February 9, 2023. ECF No. 1. Accordingly, the parties shall **SHOW CAUSE on or before Friday, February 17, 2023**, why this case should not be transferred to the Pensacola Division. *See* N.D. Fla. Loc. R. 3.1(A)(1) ("[T]he Pensacola Division includes Escambia, Santa Rosa, Okaloosa, and Walton Counties[.]").

**SO ORDERED on February 10, 2023.**

                                                   *s/Mark E. Walker*
                                                   **Chief United States District Judge**