UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KDH ARCHITECTURE INC.
a/a/o FIRST BAPTIST FERRY PASS, INC.,

      Plaintiff,

                                CASE NO.: 1:23cv27-MW/MJF

vs.

WESTERN WORLD INSURANCE
COMPANY,

      Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Western World Insurance Company, responds to the complaint, asserts affirmative defenses, and demands a jury trial.

1.     Admitted for jurisdictional purposes only; otherwise, denied.

2.     Admitted that Plaintiff is a registered Florida corporation. Denied as to the remainder, as Plaintiff's 2023 Florida Profit Corporation Annual Report lists "Coral Springs, FL" as its principal place of business.

3.     Admitted only that Western World Insurance Company is an eligible surplus lines insurer under applicable Florida Statutes; otherwise, denied.

4.     Without knowledge; therefore, denied.

5.     Admitted that Western World Insurance Company issued policy number NPP8707179 to First Baptist Ferry Pass, Inc. for the property located at

8350 Caminitti Lane, Pensacola, FL 32514 for the policy period from September 11, 2020 to September 11, 2021, subject to the terms, conditions, and limitations of the policy. Otherwise, denied.

6.      Denied.  Jurisdiction is proper in the United States District Court for the Northern District of Florida.

7.      Admitted that premiums were paid and that Western World Insurance Company issued policy number NPP8707179 to First Baptist Ferry Pass, Inc. for the property located at 8350 Caminitti Lane, Pensacola, FL 32514 for the policy period from September 11, 2020 to September 11, 2021, subject to the terms, conditions, and limitations of the policy. Otherwise, denied.

8.      Admitted that Western World Insurance Company issued policy number NPP8707179 to First Baptist Ferry Pass, Inc. for the property located at 8350 Caminitti Lane, Pensacola, FL 32514 for the policy period from September 11, 2020 to September 11, 2021, subject to the terms, conditions, and limitations of the policy. Otherwise, denied.

9.      Admitted that Western World Insurance Company issued policy number NPP8707179 to First Baptist Ferry Pass, Inc. for the property located at 8350 Caminitti Lane, Pensacola, FL 32514 for the policy period from September 11, 2020 to September 11, 2021, subject to the terms, conditions, and limitations of the policy. Otherwise, denied.

10.    Denied.

11.    Denied.

12.    Denied.

13.    Admitted that on October 20, 2020, Western World Insurance Company was advised of damage to the subject property purported to have occurred on September 16, 2020; otherwise, denied.

14.    Denied.

15.    Admitted that on October 20, 2020, Western World Insurance Company was advised of damage to the subject property purported to have occurred on September 16, 2020, and Western World Insurance Company assigned Claim No. 160492 to its investigation of the same; otherwise, denied.

16.    Denied.

17.    Denied.

18.    Admitted that Western World Insurance Company was provided an opportunity to inspect the subject property. Otherwise, denied as phrased.

19.    Admitted that Western World Insurance Company was provided an opportunity to inspect the subject property. Otherwise, denied.

20.    Denied.

21.    Denied.

22.    Denied.

23.    Denied.

24.    Denied.

In response to the unnumbered *ad damnum* clause, including all subparts, Western World Insurance Company denies that Plaintiff is entitled to the relief requested

## AFFIRMATIVE DEFENSES

If an affirmative defense below is more appropriately a denial, then Western World Insurance Company will defend accordingly. Western World Insurance Company does not intend to assume or shift the burden of proof on a denial by raising an affirmative defense.

### First Affirmative Defense

The claim for architectural services is not covered under the insurance policy because it is not direct physical loss of or damage to property.

### Second Affirmative Defense

The insurance policy provides:

**CAUSES OF LOSS – SPECIAL FORM**
**C. Limitations**
The following limitations apply to all policy forms and endorsements, unless otherwise stated.
1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of a loss or damage as described and limited in this section
…

4

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters.

Specifically, the Plaintiff seeks payment for damage to the insured's interior property caused by or resulting from rain, whether driven by wind or not, without the insured's building or structure first sustaining damage by a Covered Cause of Loss to its roof or walls through which the rain entered, which is precluded under the Policy.

**Third Affirmative Defense**

The insurance policy provides:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

…

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(2)**     Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**     As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**     Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not

5

increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

…

**(8)** Cooperate with us in the investigation or settlement of the claim.

The policy requires the insured to provide prompt notice of the loss, protect the property from further damage, make reasonable and necessary repairs to protect the property, and cooperate with Western World Insurance Company in the investigation. The insured's failures are prejudicial to Western World Insurance Company, and therefore, materially breached the policy and satisfied conditions precedent to suit.

### Fourth Affirmative Defense

The insurance policy provides:

### CAUSES OF LOSS – SPECIAL FORM
**B. Exclusions**
**1.**     We will not pay for loss or damage caused by or resulting from any of the following:

…

**d. (1)** Wear and tear;
**(2)**     Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

…

**(4)** Settling, cracking, shrinking or expansion;

…

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

6

…

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

Some of the claimed damages were the result of wear and tear, rust or other corrosion, deterioration, hidden or latent defect, settling, cracking, shrinking or expansion, continuous or repeated seepage, and/or neglect, all of which are excluded under the Policy.

### Fifth Affirmative Defense

The insurance policy provides:

## CAUSES OF LOSS – SPECIAL FORM
**B.     Exclusions**
…
**3.**     We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.**  But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.
**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.
…
**c.**     Faulty, inadequate or defective:
…
**(2)**     Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
**(3)**     Materials used in repair, construction, renovation or remodeling; or
**(4)**     Maintenance;
of part or all of any property on or off the described premises.

Some of the claimed damages were caused by weather conditions and damages due to faulty, inadequate or defective design, workmanship, repair,

construction, materials used in repair, construction, renovation or remodeling, and maintenance, all of which are excluded under the Policy.

## Sixth Affirmative Defense

The insurance policy provides payment for Actual Cash Value of the damaged property unless and until the repairs have been made.  The services at issue in this lawsuit have not been completed and the Actual Cash Value of these services is $0.  Thus, Plaintiff cannot recover in this lawsuit.

## Seventh Affirmative Defense

The insurance policy provides:

> **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
> **A. Coverage**
> We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.
> …
> **4. Additional Coverages**
> …
> **e. Increased Cost Of Construction**
> …
> **(7)** With respect to this Additional Coverage:
> **(a)** We will not pay for the Increased Cost of Construction:
> (i) Until the property is actually repaired or replaced, at the same or another premises; and
> (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years

Upon information and belief, Plaintiff seeks Increased Cost of Construction damages.  However, repairs have not been performed to the subject property and Western World Insurance Company has not agreed to extend the period in writing during the two years.  Accordingly, Plaintiff cannot recover for the increased cost of construction relating to repairs it has not yet made and may not make.

### Eighth Affirmative Defense

The subject policy contains a deductible. Plaintiff's recovery, if any, is subject to this deductible. In addition, Plaintiff's recovery, if any, is subject to the terms, limits, and conditions of the policy.

### Ninth Affirmative Defense

This lawsuit is barred because Plaintiff failed to comply with Florida Statute 627.7152 because the assignment of benefits is invalid.

### <u>DEMAND FOR JURY TRIAL</u>

Western World Insurance Company hereby demands trial by jury on all issues so triable.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
ALYSSA M. PHILIPPI, ESQ.
Florida Bar No.: 1035493
aphilippi@butler.legal
Secondary:  kbrock@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all counsel of record by

CM/ECF on February 17, 2023.

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY