UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KDH ARCHITECTURE INC.
a/a/o FIRST BAPTIST FERRY PASS, INC.,

    Plaintiff,

                                    CASE NO.: 1:23cv27-MW/MJF

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

    Defendant, Western World Insurance Company ("Western World"), responds to the Order to Show Cause (DE 4).

    1. On February 9, 2023, Western World filed this removal from the First Judicial Circuit Court in and for Escambia County (DE 1).

    2. The Notice of Removal included in the caption:

> United States District Court
> Northern District of Florida
> Pensacola Division

    3. However, due to a clerical error, Western World mistakenly filed this matter in the Gainesville Division.

4. As a result and pursuant to N.D. Fla. Loc. R. 3.1(A)(1), Western World agrees with the Order to Show Cause that this case should be transferred to the Northern District of Florida, Pensacola Division.

Dated: February 14, 2023.

>BUTLER WEIHMULLER KATZ CRAIG LLP
>
> /s/ Alyssa M. Philippi
> MATTHEW J. LAVISKY, ESQ.
> Florida Bar No.: 48109
> mlavisky@butler.legal
> ALYSSA M. PHILIPPI, ESQ.
> Florida Bar No.: 1035493
> aphilippi@butler.legal
> Secondary:  hmosher@butler.legal
> 400 N. Ashley Drive, Suite 2300
> Tampa, Florida  33602
> Telephone:  (813) 281-1900
> Facsimile:   (813) 281-0900
> Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all counsel of record by CM/ECF on February 13, 2023.

> /s/ Alyssa M. Philippi
> ALYSSA M. PHILIPPI, ESQ.